1 | Andrew C. Kienle, Esq., Bar No. 184809
akienle@hartkinglaw.com
2 | Christopher R. Elliott, Esq., Bar No. 137278
celliott@hartkinglaw.com
3 | **HART KING**
A PROFESSIONAL CORPORATION
4 | 4 Hutton Centre Drive, Suite 900
Santa Ana, California 92707
5 | Telephone:   (714) 432-8700
Facsimile:   (714) 546-7457
6 | Attorneys for Plaintiff, Kevin Crump

7 | Stephen M. Lobbin, Esq., Bar No. 181195
sml@smlavvocati.com
8 | Austin J. Richardson Esq., Bar No. 319807
ajr@smlavvocati.com
9 | SML AVVOCATI P.C.
888 Prospect Street, Suite 200
10 | San Diego, California 92037
Tel: 949.636.1391
11 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KEVIN CRUMP, an individual, | **Case No. 8:19-cv-01229-FMO-MAA** |
|---|---|
| Plaintiff | |
| v. | **ORDER PURSUANT TO STIPULATION FOR INJUNCTION AND JUDGMENT** |
| JUSTIS TRINH, an individual and dba LEAGUE OF SCOUNDRELS, SCNDRL, and SCOUNDRELS COMPANY;  EXOTIC JUICE, LLC, a California limited liability company, and dba EJUICE COMPANY and LEAGUE OF SCOUNDRELS; and DOES 1-20, inclusive. | **Honorable Fernando M Olguin** |
| Defendants. | |

AND RELATED COUNTER CLAIM

///

///

///

58707.001/4836-0707-4525v.1

Case No. 8:19-cv-01229-FMO-MAA

[PROPOSED] ORDER PURSUANT TO STIPULATION FOR INJUNCTION AND JUDGMENT

The Court, having considered the "Stipulated Injunction and Judgment" (see ECF #37) and good cause appearing and pursuant to the Stipulation by and between the parties:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The Court has jurisdiction over this matter;
2. Defendant and Plaintiff waive all rights to appeal or otherwise challenge or contest the validity of this Order;
3. Judgment is entered in favor of Crump and Crump is the lawful and rightful owner of the trademark "League of Scoundrels";
4. Trinh assigns and transfers any and all rights in connection with the mark "League of Scoundrels" or any similar designation, including, but not limited to, SCNDRL, ScoundrelsUSA and Scoundrels Company to Crump;
5. Defendants, and his/their officers, agents, representatives, employees, and attorneys, and all persons in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, are permanently enjoined as of April 15, 2021 from use of Crump's mark "League of Scoundrels" or any similar designation, including, but not limited to, SCNDRL, ScoundrelsUSA and Scoundrels Company, alone or in combination with other words, as an Internet domain name, on social media platforms, on their websites, in trademarks, service marks and/or trade name components, or otherwise to market, advertise, or identify the Defendants or their goods and services;
6. Defendants shall on or before April 15, 2021 remove all references to "League of Scoundrels" or any similar designation, including but not limited to SCNDRL, ScoundrelsUSA and Scoundrels Company from all social media posts (including but not limited to Facebook and Instagram) and websites including, but not limited to www.exoticjuiceLLC.com, www.ejuicecompany.com, www.LOSmods.com, and www.sqkr1.com;
7. Defendants shall not aid others in any conduct prohibited by this Order;
8. Defendants are permanently enjoined from engaging in acts diluting Crump's mark

HART KING
a Professional Corporation
4 HUTTON CENTRE DRIVE, SUITE 900
SANTA ANA, CALIFORNIA 92707

"League of Scoundrels";

9. All claims against Crump by Trinh are hereby dismissed with prejudice;

10. Each Party shall bear its own costs and attorneys' fees; and

11. This Court shall retain jurisdiction of this case to enforce the provisions set forth in this Order.

Dated: February 19, 2021

_____/s/_____
Fernando M. Olguin
UNITED STATES DISTRICT JUDGE